In the Matter of the Application of WILLIAM F. HAGARTY, Appellant, for a Mandamus Order to JOHN R. VOORHEES and Others, Comprising the Board of Elections of the City of New York, Respondents.— Order affirmed, without costs. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application of EDGAR L. HACKETT to Revoke Letters of Guardianship Heretofore Issued to DORA S. GRANT, Guardian of Property and Person of HAZEL BELLE VOORHEES, an Infant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

HYMAN BOBER, Respondent, v. MANHATTAN STEAM BAKERY Co., INC., and EMIL ROSENZWEIG, Appellants.— Order denying motion to set aside verdict and for a new trial unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

JOHN BRIGHT, Appellant, Respondent, v. THOMAS PENDELL, Respondent, Appellant.— Upon the appeal of defendant, the order directing defendant to answer certain questions is affirmed. Upon the appeal of plaintiff, that portion of the order which denies plaintiff's motion to compel defendant to answer is reversed on the law, on the ground that the questions propounded were relevant on the issue of express malice, and the witness is directed to answer the questions. The order as so modified is affirmed, with ten dollars costs and disbursements to plaintiff. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

DORA BROD, Appellant, v. MARCUS VINIGER, Respondent.— Final order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

ANTONIO CORENTINO, Respondent, v. UNION TRANSPORT COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

JOSEPH WILLIAM DE VOYES, Respondent, v. POST ROAD AUTOMOBILE COMPANY, INC., Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

IGNATZ H. FELDMAN, Doing Business as FELDMAN BROS., Appellant, v. M. S. W. MANUFACTURING Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

FRED GIBSON, Appellant, v. FREDERICK SCHWARZ, Respondent, and Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

GEORGE HEMOND, Appellant, v. ABRAHAM R. SILVER, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.